ORDER UNSEALING INDICTMENT

Case Number: 10-4051-CR-C-FJG

A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law.

_Sarah W. Hays_____
U.S. Magistrate Judge

_4/11/11_____
Date